IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lisa Marie Fennah, | ) |
| | ) C/A No. 5:16-3345-MBS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Lisa Marie Fennah brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits and disabled widow's benefits. On December 15, 2017, the court reversed the decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and remanded for further consideration.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), which motion was filed February 26, 2018. Counsel moves for attorneys' fees in the amount of $3,187.50 and expenses in the amount of $22.25. On March 12, 2018, the Commissioner filed a response indicating that she does not object to Plaintiff's request. Accordingly, Plaintiff's motion for fees under the EAJA (ECF No. 29) is **granted** in the amount of $3,209.75 ($3,187.50 + $22.25), to be paid in accordance with the procedures set forth in the Commissioner's response (ECF No. 30).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
April 10, 2018